## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyon Financial Services, Inc., a Minnesota corporation, d/b/a U.S. Bancorp Business Equipment Finance Group with its principal offices in Marshall, Minnesota, | Civil No. 06-4879 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Pacific Coast Mortgage, Inc., Robert Feidler and Gene Pastorino, jointly and severally, | |
| Defendants. | |

Kevin K. Stroup, Esq., and Ronald E. Seanor, Esq., Stoneberg, Giles & Stroup, PA, counsel for Plaintiff.

Charles E. Jones, Esq., and Karl J. Yeager, Esq., Meagher & Geer, PLLP, counsel for Defendant.

This action came on for hearing before the Court, the Honorable Donovan W. Frank, United States District Court Judge, presiding, on September 20, 2007.  Plaintiff's Motion for Summary Judgment, having been duly heard and a decision having been duly rendered, and based upon the Affidavit of Ronald E. Seanor regarding costs, disbursements, interest, and attorney fees filed herein, and this Court having found that there is no just reason for delay in entry of judgment against Defendants Robert Feidler and Gene Pastorino, jointly and severally,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **GRANTED** against Defendants Robert Feidler and Gene Pastorino, jointly and severally, as follows:

1. Judgment in the amount of $106,250.38;

2. Interest at the rate of eight percent (8%) per annum ($23.29 per day) in the amount of $15,348.11;

3. Plaintiff's costs and disbursements in the amount of $871.07; and

4. Plaintiff's attorney fees in the amount of $5,614.50.

The total Judgment awarded to Plaintiff against Defendants Robert Feidler and Gene Pastorino, jointly and severally, is $128,084.06.  Said judgment shall be entered immediately.

Summary judgment has not been awarded to either party regarding Defendant Pacific Coast Mortgage, Inc., and this matter shall proceed to trial with respect to this remaining Defendant.

Dated:  November 14, 2007        <u>s/Donovan W. Frank</u>
                                 DONOVAN W. FRANK
                                 Judge of United States District Court